SCHOLL

VS.

MNCHIN

CAUSE NO.4:20-CV-5309-

PJH(N.D.CAL)

APPELL NO.20-16915(9th cir.)

6:21CV73 JDK/KNM

Plaintiff:

MOTION TO SHOW CAUSE AND FOR CIVIL CONTEMPT OF COURT ORDER TO SEEK ENFORCEMENT OF THE CONSENT DECREE ORDERING UNITED STATES STIMULAS CHECKS TO BE ELIGIBLE FOR INMATES.

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now James Skip Hulsey T.D.C.J.#1118103  SSI# ███████ 8DOB ██████ /

Timothy Galimore T.D.C.J.# 878419          SSI# ████████ DOB. █████

Daniel Casaneda T.D.C.J.# 1122999          SSI# 4███████ DOB. █████ /

Ray Joe White T.D.C.J.#  871357            SSI# 4███████ DOB. ███████

Ricky Farrow T.D.C.J.# 751694              SSI# ███████ 2 DOB. 1██████

Michael Howard T.D.C.J.# 1686729           SSI# ███████ DOB. 6█████7/

Alon David Morgan T.D.C.J.# 891401         SSI# ███████ DOB. ██████ /

L.C.Stover T.D.C.J.# 300452                SSI# 4███████ DOB. ███████

Miguel Escatiola T.D.C.J.# 1256214         SSI# ████████████

Bob Gerald Benitt T.D.C.J.# 00481744       SSI# ███████ DOB. ███████ /

Gilbert Chatman T.D.C.J.#786090            SSI# ██████████

Perry Stevenson T.D.C.J.# 1120132          SSI# ███████ DOB. ███ '

James Lee Young T.D.C.J.#2226034           SSI# ███████ 3 DOB ███████

Henry Kohhamer T.D.C.J.#                    SSI#

Leland Boothe T.D.C.J.#766955              SSI# 4███████ DOB. ██████ /

Toan That Ton T.D.C.J.# 656432             SSI# 4███████ 7 DOB. 1██████ /

Shane P. Fountain T.D.C.J.#1353206         SSI# ███████ DOB. ███████

NAME JONATHON ZIGRRE TDCJ# 2226867         SSI# ███████ DOB. ███████ /

(1)



NAME DAVID A NORWOOD TDCJ#400175 SS███████7 DOB.█████/

MICHAEL ETHINGTON TDCJ# 19422169 SSI# 4████████████████

RICHARD F. PEI        TDCJ# 2150798 SSI#4████████2 DOB ██████

JOSHRA SISERMARE TDCJ# 2218977 SS████████████OB. 4██████

JOSEPH KING TDCJ# 649142 SSI# 1██████████████████/

GARY FISHER TDCJ# 1717940 SSI# █████████3 DOB.██████/

BOBBY CASTLEBERRY TD████████████████████

JERRY KILLONGH TDCJ# 1978345 SS████████████DOB.███████

The plaintiffs members of the class in this above styled and numbered cause.And proceeds as pro se,counsels,pursuant to federal rules of civil procedure,rule 70,and herrby moves this court for an order due to civil contempt of court order and aggravating circumstances in the above styled cause of action and in support of such show the following.

(1)The United States Department of the Treasury was sued by inmates of the California Department of Corrections,for the United States stimulas checks,and the court ordered the U.S. Treasury Department to include inmates of the states and federal prisons,eligable for the $1,200. and the $600. stimulas checks. The court order is in effect at this time.

FACTS OF THE CAUSE

The plaintiff filed their 10 40 forms for the stimulas checks in October before the dead line.We have not at this time received our checks,and the Department of the Treasury will not respond with us and let us know if the Department of the Treasury received our 10 40 forms.The Department of the Treasury made payments to some inmates that filed at the same time as the plaintiffs of this motion.The court ordered the Department of Treasury to include inmates in prisons access to the stimulas checks.The respondent is in violation of the court orders in SCHOLL VS. MNCHIN NO. 4:20-CV-5309-PJH(N.D.CAL.)appe;; no.20-169-15(9th cir.2020)contempt by failing to abey the court issued consent decree that inmates are entitled to the stimulas checks.

( 3 )

This power is supported by several rules and statutes.Rule 70,fed. R.civ.p.provides that if a party failes to perform a specific act required by a judgement,the court may direct the act to be done at the case of the disobedient party.Civil contempt,which we focus on here,is aimed at vindicating the rights of the litigant who has obtained a court order...UNITED STATES VS. UNITED MINE WORKERS,330 U.S.at page 258,303-49 67 s.ct.at page 677(1949) NEW YORK NOW V. TERRY 887 F.2d.at page 1334,1351(2d.cir.1989) Cert.denied 495 U.S.at page 947(1990).

(2)The Department of the Treasury has mailed the stimulas checks to inmates here on the Skyview Unit of TDCJ.But has failed to mail any of the stimulas checks to the majority of the inmate population even though they filed their 10 40 at the same time as the other inmates that have received both the $1,200 and $600 dollars stimulas checks.The court recognizes that pleadings filed by individuals proceeding pro se,are held to a less stringent standard then those drafted by attorneys see HAINES V. KERNER, 404 U.S. at page 519,92 S.CT. at page 594 30 L.ed 2d.652(1972) Piggly Wiggley Clarksville V. Mrs.Baird's Bakeries,177 F.3d at page 380(5th cir.1999).

3.Contempt 66(7) the court of appeals reviews a district courts refusal to hold a party in civil contempt under the abuse of discretion standard.

4.Contempt 20,60(3)

In a civil contempt proceeding the party seeking an order of
contempt need only establish by clear and convincing evidence
that(1)A court order was in effect.(2)The order required certain
conduct by the respondent,and (3) The respondent failed to comply
with the courts order.

5.Injunction 218

The contempt power should only be invoked where a specific aspect
of injunction has been clearly violated.

6.Civil Contempt:

It is firmly established that in a civil contempt proceeding
the party seeking an order of contempt need only establish by
clear and convincing evidence.(1)That a court order was in effect.
(2)That the order required certain conduct by the respondent,
and (3)That the respondent failed to comply with the courts order.
E.D.I.C.V.LEGRAND,43 F.3d at page 163,170(5th cir.1995)citing
MARTIN V. TRINITY INDUSTRIES,INC.959 F.2d.at page 45,47,(5th cir 1992).

7.The judicial sanction of civil contempt is designed to enforce
the rights and administer the remedies with a court has found
a party entitled to in an order or decree.And if denied,we should
know why and have the right to appeal.

8.Federal Civil Proceedure 2397.1

Consent decrees entered in federal court must be directed to
protecting federal interest.

PRAYER FOR RELIEF

Therefore the plaintiffs claims should be granted. Wherefore prem-
ises considered respectfully pray that the court grant this motion
to show cause and for civil contempt of court order to seek infor-
cement of consent decree. The plaintiffs further pray that they
receive other and further relief to which they may be justly entit-
led to. EXECUTED on 2/22/2021.

RESPECTFULLY SUBMITTED

PLAINTIFFS NAMES AND NUMBERS

NAME Timothy Travis Grallimore TDCJ 878419 SSI █████████

████████ 54

NAME Daniel Castañeda TDCJ 1122999 SSI █████████

DOB ██████

NAME Gilbert Chatman TDCJ 786090 SSI █████████

DOB ██████

NAME Ray Joe White TDCJ 871357 SSI █████████

DOB ██████

NAME Joseph King TDCJ 649142 SSI █████████

DOB ██████

NAME Miguel Escamilla TDCJ 1256214 SSI █████████

DOB ██████

NAME Shane Fountain TDCJ 1353206 SSI █████████

DOB ██████

NAME Gary Fisher TDCJ 1717940 SSI █████████

DOB ██████

NAME Bobby Castleberry TDCJ 647847 SSI █████████

DOB ██████

NAME Bobby G Bennett TDCJ 00481744 SSI █████████

DOB ██████

NAME Jerry Killough TDCJ 1978345 SSI █████████

DOB ██████

(6)

NAME _David A. Norwood_   TDCJ# **400175**   SSI# █████████

DO█████████

NAME _Alan Morgan_   TDCJ# **891401**   SSI# █████████

DOB ████████

NAME _JOAN THAT TON_   TDCJ# **491401**   SSI# █████████

DOB ████████

NAME _Joshua Sisemore_   TDCJ# **2218977**   SSI# █████████

DOB.

NAME _L.C. Stover_   TDCJ# **300852**   SSI# █████████

DOB █████████

NAME _C C_   TDCJ#   SSI#

DOB.

NAME   TDCJ#   SSI#

DOB.

NAME   TDCJ#   SSI#

DOB.

NAME   TDCJ#   SSI#

DOB.

NAME   TDCJ#   SSI#

DOB.

NAME   TDCJ#   SSI#

DOB.

NAME   TDCJ#   SSI#

DOB.

NAME   TDCJ#   SSI#

DOB.

NAME   TDCJ#   SSI#

DOB.

NAME   TDCJ#   SSI#

DOB.

NAME   TDCJ#   SSI#

DOB

NAME   TDCJ#   SSI#

DOB.

NAME   TDCJ#   SSI#

DOB.

NAME   TDCJ#   SSI#

DOB

NAME   TDCJ#   SSI#

DOB.

NAME   TDCJ#   SSI#

CERTIFICATE OF SERVICE

The foregoing Plaintiffs do hereby certify that a ture and correct
copy of the above and foregoing plaintiffs motion to show cause
and for civil contempt of order to seek enforcement of consent
decree has been served by placing same in the United States postal
service. Addressed to  United States Attorney General office 5137
ROBERT F. KENNEDY BLDG 10th. St. and Constitution Ave. Washingtion
D.C. 20530

EXECUTED ON 2 / 2 2 / 2021.

RESPECTFULLY SUBMITTED

JAMES SKIP HULSEY # 1118103

JAMES SKIP HULSEY #1118103 ET AL

SKYVIEW UNIT 379FM. 2972 W.

RUSK,   Tx. 75785

(8)

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
TEXAS TYLER DIVISION

IN RE JAMES HULSEY ET AL

VS.

MNUCHIN

UNITED STATES OF AMERICA

PLAINTIFF-INTERVENOR

DEFENDANT

CIVIL ACTION NO.
4:20-CV-5309
PJH(N.D.CAL.)
APPEAL NO.20-169-15
CONSENT DECREE
(9th cir.)
CONSENT DECREE

ORDER

On this day comes before the court for consideration plaintiffs
motion to show cause and for civil contempt of court order to
seek to enforcement of consent decree the court, after considering
the pleadings of this parties filed herein, is of the opinion
that the following order should issue:

It is hereby ordered that plaintiff motion to show cause and for
civil contempt of court order to seek to enforcement of consent
decree is hereby grant in full.

SIGNED THIS           DAY OF             2021


_____
        JUDGE PRESIDING


(9)

TIMOTHY GALLIMORE # 878419
SKYVIEW UNIT 379FM. 2972 W.
RUSK,                Tx. 75785

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
211 W. FERGUSON ROOM 106
TYLER TEXAS 75702